UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK PISZCZEK,

        Petitioner,

vs.

C. NOLL, Warden (Acting),

        Respondent.

No. C 09-5407 PJH (PR)

**ORDER OF DISMISSAL**

This pro se habeas action was filed on November 17, 2009. On that same day the court notified petitioner that he had neither paid the five dollar filing fee nor submitted an application for leave to proceed in forma pauperis ("IFP"). A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

Petitioner has returned the application for leave to proceed in forma pauperis, but he has omitted page five of the form, the "Certificate of Funds in Inmate Account." Because he has not provided a proper IFP application and has not paid the filing fee, the case is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 11, 2010.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

P:\PRO-SE\PJH\HC.09\PISZCZEK5407.DSM.wpd